**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| REGINA GRAY<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 2:09-CV-007-TJW-CE |
| SAMUEL MANNING<br>    Defendant. | §<br>§<br>§<br>§ | |

**ORDER**

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 29), which recommends that this action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b), has been presented for consideration. The plaintiff did not file an objection to the report and recommendation.

The Court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the Court adopts the report of the United States Magistrate Judge, in its entirety, as the conclusions of this Court. Accordingly, it is ORDERED that the plaintiff's above-entitled and numbered cause of action is DISMISSED.

    SIGNED this 3rd day of December, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE